KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Archie Elmer-Lokela Gorai*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARCHIE ELMER-LOKELA GORAI,<br><br>Defendant, | CASE NO.: 2:18-cr-00220-JCM-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING**<br>**(1st Request)** |

ARCHIE ELMER-LOKELA GORAI, by and through his counsel of record, Kathleen Bliss, Esq., of the law firm Kathleen Bliss Law PLLC; and the United States of America, by and through Assistant United States Attorney Brandon Jaroch, hereby stipulate and request that the Court vacate Mr. Gorai's sentencing hearing currently set for November 14, 2018 and continue it to a later date, but no sooner than thirty days (30) days from the current date.. This stipulation is entered info for the following reasons:

1. Defendant Archie Gorai entered a plea of guilty on August 13, 2018, to Count 1 ECF No. 74 (minutes); 78 (Plea Agreement).
2. Counsel needs time to review the Psychologists evaluation of Mr. Gorai.
3. In light of the above, the parties stipulate to continue Mr. Gorai's sentencing hearing to a later date convenient to the Court, but no sooner than December 14, 2018.
4. Mr. Gorai is not incarcerated and does not object to the continuance.
5. This is the first request to continue the sentencing hearing filed herein.

DATED: 24th of October 2018

| _/S/Brandon Jaroch_ | _/S/ Kathleen Bliss_ |
|---|---|
| BRANDON JAROCH | KATHLEEN BLISS, ESQ. |
| Assistant United States Attorney | Counel for Gorai |
| Counsel for the United States | |

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.463.9074

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.463.9074

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:18-cr-00220-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE SENTENCING** |
| ARCHIE ELMER-LOKELA GORAI, | |
| Defendant, | |

## **ORDER**

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for November 14, 2018, at 10:00 a.m., be vacated and continued to December 17, 2018, at 10:30 a.m.

DATED October 24, 2018.

_____
The Honorable James C. Mahan
United States District Judge