KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Archie Elmer-Lokela Gorai*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARCHIE ELMER-LOKELA GORAI,<br><br>Defendant. | CASE NO.: 2:18-cr-00220-JCM-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING**<br>**(2nd Request)** |

ARCHIE ELMER-LOKELA GORAI, by and through his counsel of record, Kathleen Bliss, Esq., of the law firm Kathleen Bliss Law PLLC; and the United States of America, by and through Assistant United States Attorney Brandon Jaroch, hereby stipulate and request that the Court vacate Mr. Gorai's sentencing hearing currently set for December 17, 2018 and continue it to a later date, but no sooner than 60 days from the current date.

This Stipulation is entered into for the following reasons:

1. Defendant Archie Gorai entered a plea of guilty on August 13, 2018, to Count 1 ECF No 74. (minutes); 78 (Plea Agreement).

2. Counsel for Defendant Gorai will be in Reno on December 17, 2018, preparing for trial with client in *United States v. Harris* case no. 3:17-cr-00082-MMD-CBC.

3. Counsel for the government will commence with paternity leave on December 17, 2018, and plans to return to the office on approximately February 19, 2019.

4. Furthermore, Counsel would benefit greatly from additional time to prepare the

sentencing memorandum.

5. In light of the above, the parties stipulate to continue Mr. Gorai's sentencing hearing to a later date convenient to the Court, but no sooner than February 19, 2019.

This is the second request for continuance filed herein.

DATED: 5th of December 2018

| | |
|---|---|
| /S/Brandon Jaroch | /s/Kathleen Bliss |
| BRANDON JAROCH | KATHLEEN BLISS. ESQ. |
| Assistant United States Attorney | Counsel for Defendant |
| Counsel for the United States | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARCHIE ELMER-LOKELA GORAI,<br><br>Defendant. | CASE NO.: 2:18-cr-00220-JCM-CWH<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

## **ORDER**

Based on pending Stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for December 17, 2018, at 10:00 a.m., be vacated and continued to the 19th of February, 2019 at 10:00 a.m.

DATED December 7, 2018.

_____
The Honorable James C. Mahan
United States District Judge